

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00245-CV

———————————————————

IN THE INTEREST OF Y.J., A CHILD

---

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court Nos. 323-107644-18, 325-719948-22

---

Before Birdwell, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant timely filed a notice of appeal from the June 9, 2022 judgment. *See* Tex. R. App. P. 26.1(b). The newly assigned trial judge then granted appellant's timely filed motion for new trial on August 19, 2022, within the trial court's plenary jurisdiction. *See* Tex. R. Civ. P. 329b(a), (e).

Because the trial court's order moots the appeal, we dismiss the appeal for want of jurisdiction.[1] *See* Tex. R. App. P. 42.3(a), 43.2(f); *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005). The parties will pay their own costs. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: August 25, 2022

---

[1]Likewise, appellant's motion to abate the appeal is denied as moot.